

# Fourth Court of Appeals
## San Antonio, Texas

November 5, 2014

No. 04-14-00698-CR

Bruce Lynn **CHRISTENSEN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2001CR4986W3
Honorable Sid L. Harle, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on November 5, 2014.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of November, 2014.

_____
Keith E. Hottle, Clerk